# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1101
_____

TOMMIE DURRELL NEAL JR.,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Levy County.
James M. Colaw, Judge.

February 4, 2026

PER CURIAM.

The Court dismisses this appeal as untimely. *See* Fla. R. App. P. 9.141(b)(1) & 9.110(b).

LEWIS, ROWE, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Tommie Durrell Neal Jr., pro se, Appellant.

No appearance for Appellee.